**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


ESTATE OF ELAINE PURCELL, through
PARKER WAGGAMAN as Personal
Representative; PARKER WAGGAMAN,
individually,

       Plaintiffs,

v.                                    Case No: 8:14-cv-1340-T-30TGW

ARTURO ARAUZO, ARTURO
ARAUZO, USA DRUG MART, INC.,
PARK PLAZA PHARMACY, USA
DRUG MART, DAVID VERNON and
JOHN DOES 1-9,

       Defendants.

_____

**<u>ORDER</u>**

    THIS CAUSE comes before the Court upon the hearing held on November 10, 2014. During the hearing, Plaintiffs made an oral motion for leave to file a third amended complaint.  The Court, having considered the motion, the arguments of the parties, and being otherwise advised in the premises, concludes that Plaintiffs' oral motion should be granted.

    For the reasons stated on the record, it is ORDERED AND ADJUDGED that:

1.    Plaintiffs' oral motion for leave to file a third amended complaint is GRANTED.

2.      Plaintiffs shall file a third amended complaint within twenty-one (21) days

of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of November, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-1340 oral motion to amend complaint.docx